UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-                                   ORDER

FRANCIS JAVIER PIMENTEL-TAVARES,      19 Crim. 425 (GBD)

                            Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       The Defendant's request for an adjournment of the status conference scheduled for May 13, 2020 is GRANTED. The status conference is adjourned to July 1, 2020 at 10:00 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       May 13, 2020

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge