UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
         -against-                  :      ORDER
                                    :
FRANCIS JAVIER PIMENTEL-TAVARES,    :      19 Crim. 425 (GBD)
                                    :
                        Defendant.  :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

   The status conference is adjourned from August 11, 2020 to August 13, 2020 at 10:00 a.m.

Dated: New York, New York
       August 10, 2020

                                          SO ORDERED.

                                          *George B. Daniels* (signature)
                                          GEORGE B. DANIELS
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 10 2020