**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                          ORDER

FRANCIS JAVIER PIMENTEL-TAVARES,      19 Crim. 425 (GBD)

                            Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The parties' request for an adjournment of the status conference scheduled for September 30, 2020 is GRANTED. The status conference is adjourned to December 9, 2020 at 10:00 a.m. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       September 25, 2020

                                               SO ORDERED.

                                               GEORGE B. DANIELS
                                               United States District Judge

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: SEP 28 2020*