UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

FRANCIS JAVIER PIMENTEL-TAVARES,

                              Defendant.

------------------------------------- x

ORDER

19 Crim. 425 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties' request for an adjournment of the status conference scheduled for December 9, 2020 is GRANTED. The status conference is adjourned to February 17, 2021 at 10:00 a.m. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       November 30, 2020

                                                     SO ORDERED.

                                                     *George B. Daniels*
                                                     GEORGE B. DANIELS
                                                     United States District Judge