# MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 18, 2021

By ECF
Honorable George B. Daniels
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The defendant' sentencing is adjourned from June 23, 2021 until August 11, 2021 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

JUN 21 2021

Re: **United States v. Francis Javier Pimentel-Tavares**
   **19 Cr. 425 (GBD)**

Dear Judge Daniels:

I represent defendant Francis Pimentel-Tavares in the above-referenced matter. On February 17, 2021, Mr. Pimentel-Tavares appeared before your Honor and pled guilty to Count One of Information 19 CR 425 (GBD) charging him with conspiring to distribute and possess with intent to distribute heroin and fentanyl in violation of 21 U.S.C. § 841 (b)(1)(A). Sentencing is scheduled for June 23, 2021 at 1:00 p.m.

The defense just received a number of letters addressed to the Court on Mr. Pimentel-Tavares's behalf. Unfortunately, most of them are in Spanish and need to be translated. Additionally, defense counsel has several upcoming sentencings and could benefit from some additional time to put together Mr. Pimentel-Tavares's sentencing submission. For these reasons, the defense respectfully requests that sentencing be adjourned to <u>early August 2021</u>.

A.U.S.A. Nicholas Chiuchiolo *consents* to this request on behalf of the Government.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:   AUSA Nicholas Chiuchiolo