UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

FRANCIS JAVIER PIMENTEL-TAVARES,

                           Defendant.
------------------------------------------------------------- x

ORDER

19 Crim. 425 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from September 22, 2021 to September 23, 2021 at 3:30 p.m.

Dated: New York, New York
       September 20, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge